## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MARK LATTA**                                                                          **PETITIONER**
**ADC # 118004**

**v.**                         **CASE NO.: 5:05CV00312 BD**

**LARRY NORRIS**                                                                        **RESPONDENT**
**Director, Arkansas Department**
**of Correction**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered for Respondent Larry Norris and against Petitioner Mark Latta. This 28 U.S.C. §2254 Petition for Writ of Habeas Corpus is dismissed with prejudice.

IT IS SO ORDERED this 28th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE